Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001293
13-OCT-2015
09:23 AM

NO. CAAP-14-0001293

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PORTFOLIO RECOVERY ASSOCIATES, LLC, Plaintiff-Appellee, v.
HARRY D. HUFFMAN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC13-1-7222)

ORDER GRANTING THE SEPTEMBER 30, 2015
MOTION TO DISMISS THE APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of Plaintiff-Appellee Portfolio Recovery Associates, LLC's (Appellee) September 30, 2015 Motion to Dismiss Appeal as Moot (Motion), the papers in support, and the record, it appears that Appellee seeks to dismiss this appeal as moot, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), because on September 18, 2015, the district court granted Appellee's District Court Rules of Civil Procedure Rule 60(b) motion to vacate the October 20, 2014 judgment against Defendant-Appellant Harry D. Huffman and dismiss the underlying case, Civil No. 1RC13-1-7222, without prejudice.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 13, 2015.

Chief Judge

Associate Judge

Associate Judge